1 Peter Kristofer Strojnik, SBN 242728
pstrojnik@strojniklaw.com
2 Esplanade Center III, Suite 700
3 2415 East Camelback Road
Phoenix, Arizona 85016
4 Telephone: (415) 450-0100

5
Attorneys for Plaintiff
6 THERESA BROOKE

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM, a married man dealing with his sole and separate claim, | Case No: 3:25-cv-2852 |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| CWI 2 LA JOLLA HOTEL LP, | |
| Defendants. | |

Please take notice that the case has settled.

DATED this 5th day of November, 2025.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff